# UNITED STATES DISTRICT COURT

District of

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| V. | (For a Petty Offense) — Short Form |

CASE NUMBER: 3:11-PO-00006-JDR

MARTIN PADILLA

USM NUMBER: N/A

Richard Curtner
Defendant's Attorney

**THE DEFENDANT:**

X **THE DEFENDANT** was found guilty to count   1 of the Violation

The defendant is adjudicated guilty of these offenses:

| **Title & Section** | **Nature of Offense** | **Offense Ended** | **Count** |
|---|---|---|---|
| 38 CFR 1.218(a)(5) | Disorderly Conduct | 11/23/2010 | 1 |

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court, on or before October 7, 2011.

**Total: $85.00**

**Assessment**
$ 10.00
$ 25.00 Processing Fee

**Fine**
$ $50.00

Defendant's Soc. Sec. No.: xxx-xx-7366

APRIL 7, 2011
Date of Imposition of Judgment

Defendant's Date of Birth:

/s/John D. Roberts, USMJ
Signature Redacted

Defendant's Residence Address:
Anchorage, Alaska 99503

JOHN D. ROBERTS, U.S. MAGISTRATE JUDGE
Name and Title of Judge

April 8, 2011
Date

Defendant's Mailing Address:
Same as above

AL85/191407

Case 3:11-po-00006-JDR   Document 15   Filed 04/08/11   Page 1 of 1